**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 14-50481 |
| Plaintiff - Appellee, | D.C. No. 2:09-cr-00242-PA |
| v. | |
| FERNANDO NELSON AYALA-RAMOS, a.k.a. Jose, a.k.a. Nelson Fernando Ramos-Ayala, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Central District of California
Percy Anderson, District Judge, Presiding

Submitted August 25, 2015[**]

Before:      McKEOWN, CLIFTON, and HURWITZ, Circuit Judges.

Fernando Nelson Ayala-Ramos appeals from the district court's judgment

and challenges his guilty-plea conviction and 87-month sentence for conspiracy to

interfere with commerce by robbery, in violation of 18 U.S.C. § 1951, and

---

[*]      This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]      The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

possession of a firearm in furtherance of a drug trafficking crime and a crime of violence, in violation of 18 U.S.C. § 924(c)(1)(A). Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Ayala-Ramos's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Ayala-Ramos the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief as to Ayala-Ramos's conviction. We accordingly affirm Ayala-Ramos's conviction.

Ayala-Ramos waived the right to appeal his sentence. Because the record discloses no arguable issue as to the validity of the sentencing waiver, we dismiss Ayala-Ramos's appeal as to his sentence. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009).

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED in part; DISMISSED in part.**